UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

       Plaintiff,

v.                                                              Case No. 06-14319
                                                              Hon. Sean F. Cox

ROCKET ENTERPRISES, INC.,

       Defendant.
_____

## ORDER

This matter is before the Court on Plaintiff's Motion in limine to limit admission of Wilson Industries invoices. Both parties briefed the issue and a hearing was held January 28, 2008.

Plaintiff argues that any invoices of Wilson Industries after the date of Bischoff's termination are irrelevant because they could not have played a role in Defendant's decision to terminate Bischoff for economic reasons. Wilson Industries is the outside vendor Defendant used to do flag repair before deciding to take it in house. After the decision was made to stop doing flag repair work in house, Defendant returned to using Wilson Industries.

In Defendant's Response, it argues that it intends to offer the invoices only through December 2006, the year of Bischoff's termination. Defendant offers the invoices to support its argument that it was cost effective not to have in house flag repair. Defendant's alleged reason for terminating Bischoff was that it was not economical to maintain two seamstresses, and that

1

eventually Defendant stopped doing flag repair altogether. Contrary to Plaintiff's assertion, this evidence is relevant if used to corroborate Defendant's argument that it was not cost effective to do in house flag repair versus paying Wilson Industries to do it. Further, Defendant argues it may introduce the invoices to counter any testimony by Plaintiff that she was terminated during the busiest season. This use is relevant.

Accordingly, Plaintiff's Motion in limine to limit admission of Wilson Industries invoices is **DENIED**.

**IT IS SO ORDERED.**

**DATED: January 28, 2008**

**s/ Sean F. Cox**
**SEAN F. COX**
**United States District Judge**

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing order was served upon counsel of record via the Court's ECF System and/or U. S. Mail on January 28, 2008.

s/Jennifer Hernandez
Case Manager to
District Judge Sean F. Cox