EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. ROCKET ENTERPRISES
CASE NO. 2:06-cv-14319

### VERDICT FORM

1. Do you find from a preponderance of the evidence that Mary Bischoff engaged in protected activity known to Defendant and that the protected activity was the determining factor in her termination from employment?

    Yes    (No)

    If your answer to Question No. 1 is "YES," proceed to answer Question No. 2. If your answer to Question No. 1 is "NO," then you need not answer any further questions on this verdict form, and your verdict will be entered in favor of the defendant, Rocket Enterprise.

2. Do you find that Mary Bischoff should be awarded compensation for the loss of backpay?

    Yes    No

    If you answered "Yes," please state the amount: $_____

3. Do you find that Mary Bischoff should be awarded compensatory damages?

    Yes    No

    If you answered "Yes," please state the amount: $_____

4. Do you find that Mary Bischoff should be awarded punitive damages?

    Yes    No

    If you answered "Yes," please state the amount: $_____

                                                    **s/Jury Foreperson**

Date: 2-5-08

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

FILED FEB 05 2008 CLERK'S OFFICE DETROIT

42