UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.                                                                                       Case No. 06-14319
                                                                                         Hon. Sean F. Cox

ROCKET ENTERPRISES, INC.,

    Defendant.

_____

## **JUDGMENT**

    This action having come before the Court and a jury, the remaining issues having been duly tried and the jury having duly rendered its verdict on February 5, 2008.

    Accordingly,

    Judgment is entered in favor of Defendant and against Plaintiff of no cause of action on the Plaintiff's Complaint.

                                    DAVID J. WEAVER
                                    CLERK OF COURT

                                    By: s/ Jennifer Hernandez
                                          Deputy Clerk

Approved:


s/ Sean F. Cox
SEAN F. COX
UNITED STATES DISTRICT JUDGE

Dated:  February 7, 2008

1